Name: Angela Dawn Dawling

Address: 34 Webester St

North Arlington NT 07031

Phone: 979-288-8659

Fax: 000-000-0000

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

JUL - 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Angela Dawn Dawling

_____

Plaintiff

v.

State Attorney General's office

_____

Defendant(s).

CASE NUMBER:

2:24-cv-05698-MWF(AGRx)

Complaint

_____

( Enter document title in the space provided above)

Urgent Notice Cyber on me Putting me in harm way. Please Foward urgent notice

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

United States district court

Los Angeles, California

July 5,2024

Angela Dawn Dowling

State Attorney General's office

**Notice**

Send Urgent notice to State Attorney General's office an urgent due to Cyber on my Uber account.
Please review. Angela D Dowling 12.14.1979. Best of my knowledge.

Respectfully submitted

7.5.2024

Ms. Angela, Dawn  Perez Dowling

5575 Simmons St P.O. Box 165 Las Vegas, Nevada 89031